# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**In re:**

| | |
|---|---|
| **SHANE COLLINS,** | **BANKRUPTCY CASE NO.: 8:13-bk-06753-CPM** |
| Debtor. | CHAPTER 7 |
| _____/ | |
| **ANGELA WELCH, as Chapter 7 Trustee of the estate of SHANE COLLINS,** | |
| Plaintiff, | |
| v. | **ADVERSARY PROCEEDING NO.: 8:14-ap-01035-CPM** |
| **BASS AND ASSOCIATES PC, an Arizona professional corporation,** | |
| Defendant. | |
| _____/ | |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Parties' Joint Stipulation for Final Order of Dismissal with Prejudice. Doc. 4. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry and the Court being fully advised in the premises, it is hereby: ORDERED, ADJUDGED, AND DECREED that:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2. The Joint Stipulation for Dismissal with Prejudice is approved.

3. The claims of the Plaintiff are dismissed with prejudice.

      4.      Plaintiff and Defendant each shall bear their own attorneys' fees and costs as to one another in this adversary proceeding.

DONE AND ORDERED on       April 15, 2015        , in Tampa, Florida.

*/s/ Catherine M. McEwen*

CATHERINE PEEK MCEWEN
United States Bankruptcy Judge

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, 4950 W. Kennedy Blvd., Ste. 320, Tampa, FL 33609, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.